UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

GENEVEVE MILES-NEWKIRK and
LANE NEWKIRK, ind. and as husband
and wife,

         Plaintiffs,

- against -

HOLIDAY INNS, INC., HOLIDAY
HOSPITALITY FRANCHISING, INC. and
PREMIER HOTELS MGMT, INC.,

         Defendants.
- - - - - - - - - - - - - - - - - X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ MAY 1 1 2005 ★
BROOKLYN OFFICE

04 Civ.0689 (NGG)(CLP)

STIPULATION AND ORDER
OF DISCONTINUANCE

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for all parties hereto, that this action, including all claims and cross-claims, is discontinued with prejudice and without costs to any party as against any other party.

Dated: New York, New York
      March 3, 2005

                      MICHAEL A. GLASSBERG (MAG    )

                      _____
                      Attorney for Plaintiffs
                      26 Court Street
                      Brooklyn, New York 11242
                      Tel. No.: (718) 855-8181

*HOWARD W. BURNS, JR.*
 *Attorney for Defendants*
 *Holiday Inns, Inc. and*
 *Holiday Hospitality*
 *Franchising, Inc.*

_____
 Howard W. Burns, Jr. (HWB 6829)

170 Broadway - Suite 609
New York, New York 10038
Tel. No.: (212) 227-4450


*KENT & McBRIDE, P.C.*
 *Attorneys for Defendant*
 *Premier Hotels Mgmt, Inc.*

By: _____
 Christopher O. Devanny (CDD 3769)

420 Lexington Avenue - 29th Floor
New York, New York 10170
Tel. No.: (212) 563-9460


**SO ORDERED:**

_____
 Nicholas G. Garaufis, U.S.D.J.

Dated: ~~March~~ May 10, 2005
 Brooklyn, New York